# STARR ASSOCIATES LLP
ATTORNEYS AT LAW

245 FIFTH AVENUE
NEW YORK, NY 10016
TEL 212 620 2680
FAX 212 696 5013
www.starr-lawfirm.com

**MEMO ENDORSED**

January 18, 2012

<u>**VIA FACSIMILE (212) 805-6382**</u>

Honorable Paul A. Englemeyer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/12

Re:   <u>Waverly Properties, LLC v. KMG Waverly, LLC, et al.</u>
      **Case No.: 09 CV 3940**

Dear Judge Englemeyer:

This firm is counsel to defendants, KMG Waverly, LLC ("Sponsor"), Burt Miller, Eric Granowsky, Stan Kleger, Marathon Waverly, LLC and Ron Bernstein (collectively, "Sponsor Defendants"). We submit this letter to advise the Court that, pursuant to paragraph 14 of the Stipulation and Order of Dismissal of Cross-Claims, dated January 17, 2011 ("Stipulation"), the following cross-claims ("Cross-Claims") asserted by Sponsor Defendants against defendants, Stanislav Slutsky, P.E., BKSK Architects LLP and Vanguard Construction and Development Co., Inc. ("Non-Sponsor Defendants") have been restored:

> The Second Cross-Claim for indemnification asserted in the Answer with Counterclaim and Cross-claims by KMG Waverly LLC, Burt Miller, Eric Granowsky and Stan Kleger, dated July 6, 2009; and

> The Second Cross-Claim for indemnification asserted in the Answer with Counterclaim and Cross-claims by Marathon Waverly, LLC and Ron Bernstein, dated July 30, 2009.

ALR3625.DOCX

# STARR ASSOCIATES LLP
ATTORNEYS AT LAW

Honorable Paul A. Englemeyer
January 18, 2012
Page 2 of 2

The Cross-Claims were deemed restored by notice to Non-Sponsor Defendants dated January 11, 2012.

Respectfully submitted,

STARR ASSOCIATES LLP
Attorney for Sponsor Defendants

By: *Andrea Roschelle*
Andrea Roschelle (6988)

cc (Via Facsimile):

Peter Sullivan, Esq.
Steven Sheppard Di Cesare, Esq.
Hughes Hubbard & Reed LLP
*Attorneys for Plaintiff*
One Battery Park Plaza
New York, New York 10004
(212) 837-6290 (p)
(212) 422-4726 (f)

John B. Simoni, Esq.
Goetz Fitzpatrick LLP
*Attorneys for Defendant Vanguard Construction*
One Penn Plaza – Suite 4401
New York, NY 10019
(212) 695-8100 x 320 (p)
(212) 629-4013 (f)

Martin A. Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
Attorneys for Defendant Stanislav Slutsky
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844 (p)
(516) 294-8202 (f)

Michael J. Byrne, Esq.
Gogick, Byrne & O'Neill, LLP
*Attorneys for BKSK Architects LLP*
11 Broadway - Suite 1560
New York, New York 10004
(212) 422-9424 (p)
(212) 422-9429 (f)

ALR3625.DOCX

*[Handwritten note:]* The clerk of the court is directed to docket this letter. Additionally, the docket for this matter should reflect the restoration of the cross-claims noted herein.

**SO ORDERED:**

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

1/19/2012