Engelmayer, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAVERLY PROPERTIES, LLC,

                               Plaintiff,

        -against-

KMG WAVERLY, LLC; VANGUARD
CONSTRUCTION & DEVELOPMENT CO.,
INC., BURT MILLER, an individual; ERIC
GRANOWSKY, an individual; STAN KLEGER,
an individual; BKSK ARCHITECTS, LLP;
STANISLAV SLUTSKY, P.E.; ROBERT
SILMAN ASSOCIATES, P.C., MARATHON
WAVERLY, LLC; RON BERNSTEIN, an
individual; and STRIBLING MARKETING
ASSOCIATES LLC,

                               Defendants.

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
ALL DEFENDANTS**

09 CIV. 3940 (PAE)

Pursuant to Fed. R. Civ P. 41, the undersigned counsel hereby stipulate to dismiss all claims, cross-claims and counter-claims asserted against any party in this action in their entirety with prejudice, with each party to bear its own costs.

This stipulation may be signed in counterparts, and facsimile or scanned signatures are valid and binding as if they were original signatures.

61829621_1

| | |
|---|---|
| HUGHES HUBBARD & REED, LLP<br>Attorneys for Plaintiff<br>Waverly Properties, LLC<br><br>One Battery Park Plaza<br>New York, New York 10004<br><br>Agreed and Consented to:<br><br>*/s/ Peter A. Sullivan*<br>Peter A. Sullivan<br>Steven S. DiCesare | STARR ASSOCIATES, LLP<br>Attorneys for Defendants<br>KMG Waverly, LLC, Burt Miller, Eric<br>Granowsky, Stan Kleger, Marathon<br>Waverly, LLC and Ron Bernstein<br>245 Fifth Avenue, Suite 1102<br>New York, New York 10016<br><br>Agreed and Consented to:<br><br>*/s/*<br>Andrea L. Roschelle<br>Evan R. Schieber |
| GOETZ FITZPATRICK, LLP<br>Attorneys for Defendant<br>Vanguard Construction & Development Co.<br>One Penn Plaza, Suite 4401<br>New York, New York 10119<br><br>Agreed and Consented to:<br><br>*/s/*<br>John B. Simoni | GOGICK, BYRNE & O'NEILL, LLP<br>Attorneys for Defendant<br>BKSK Architects LLP<br>11 Broadway, Suite 1560<br>New York, New York 10004<br><br>Agreed and Consented to:<br><br>_____<br>Michael J. Byrne<br>John M. Rondello |

- 2 -

61829621_1

| | |
|---|---|
| HUGHES HUBBARD & REED, LLP<br>Attorneys for Plaintiff<br>Waverly Properties, LLC<br><br>One Battery Park Plaza<br>New York, New York 10004<br><br>Agreed and Consented to:<br><br>_____<br>Peter A. Sullivan<br>Steven S. DiCesare | STARR ASSOCIATES, LLP<br>Attorneys for Defendants<br>KMG Waverly, LLC, Burt Miller, Eric<br>Granowsky, Stan Kleger, Marathon<br>Waverly, LLC and Ron Bernstein<br>245 Fifth Avenue, Suite 1102<br>New York, New York 10016<br><br>Agreed and Consented to:<br><br>_____<br>Andrea L. Roschelle<br>Evan R. Schieber |
| GOETZ FITZPATRICK, LLP<br>Attorneys for Defendant<br>Vanguard Construction & Development Co.<br>One Penn Plaza, Suite 4401<br>New York, New York 10119<br><br>Agreed and Consented to:<br><br>_____<br>John B. Simoni<br>Joel G. MacMull | GOGICK, BYRNE & O'NEILL, LLP<br>Attorneys for Defendant<br>BKSK Architects LLP<br>11 Broadway, Suite 1560<br>New York, New York 10004<br><br>Agreed and Consented to:<br><br>*/s/ Michael J. Byrne*<br>Michael J. Byrne<br>John M. Rondello |

- 2 -

| | |
|---|---|
| L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP<br>Attorneys for Defendant Stanislav Slutsky, P.E.<br>1001 Franklin Avenue, Third Floor<br>Garden City, New York 11530 | GARTNER + BLOOM, P.C.<br>Attorneys for Defendant Stribling Marketing Associates<br>801 Second Avenue, Fifteenth Floor<br>New York, New York 10017 |
| Agreed and Consented to:<br><br>_____<br>Martin A. Schwartzberg | Agreed and Consented to:<br><br>_____<br>Kenneth A. Bloom<br>Susan P. Mahon |

IT IS SO ORDERED

Dated: July _____, 2012

_____
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York

- 3 -

L'ABBATE, BALKAN, COLAVITA &
CONTINI, LLP
Attorneys for Defendant Stanislav Slutsky,
P.E.
1001 Franklin Avenue, Third Floor
Garden City, New York 11530

Agreed and Consented to:

_____
Martin A. Schwartzberg


IT IS SO ORDERED
Dated: ~~July~~ August 7, 2012

GARTNER + BLOOM, P.C.
Attorneys for Defendant Stribling Marketing
Associates

801 Second Avenue, Fifteenth Floor
New York, New York 10017

Agreed and Consented to: _____

_____
Kenneth A. Bloom
Susan P. Mahon


_____
Hon. Paul A. Engelmayer
    United States District Judge
    United States District Court
    Southern District of New York

- 3 -